| AO·10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Brody, Anita B. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Board of Visitors, Columbia Law School |
| 2.   Trustee | ▓▓▓Trust |
| 3.   Trustee | Under Agreement of Trust ▓▓▓▓▓▓ |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Brody, Anita B.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Commonwealth of Pennsylvania-pension | $30,691.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brody, Anita B. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. - Covanta Holding Corporation formerly Danielson Holding-cs | | None | | | Sold | 03/22/10 | L | E | |
| 3. - Dupont-common stock | B | Dividend | L | T | | | | | |
| 4. - NABORS-common stock | | None | | | Sold | 03/22/10 | K | B | |
| 5. - National Asset Bank-common stock | | None | J | W | | | | | |
| 6. - Royal Palm-common stock | | None | J | T | | | | | |
| 7. - Source Capital-common stock | B | Dividend | K | T | | | | | |
| 8. - Third Avenue Value Fund | D | Dividend | O | T | Sold (part) | 03/22/10 | M | E | |
| 9. - Third Avenue Small Capital Fund-mutual fund | B | Dividend | M | T | Sold (part) | 03/22/10 | L | | |
| 10. - Third Avenue Real Estate Fund-mutual fund | C | Dividend | L | T | Sold (part) | 03/22/10 | L | | |
| 11. - Third Avenue Intl Value FD | C | Dividend | M | T | | | | | |
| 12. - Butler County PA - Bond | B | Interest | K | T | | | | | |
| 13. - JP Morgan TR II Money Market Fund | | None | J | T | | | | | |
| 14. Bank Accounts | | | | | | | | | |
| 15. Wachovia - bank accounts | A | Interest | K | T | | | | | |
| 16. Dime Savings-bank account | A | Interest | J | T | | | | | |
| 17. TIAA Retirement | | | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Manulife (formerly John Hancock Life) | | None | K | T | | | | | |
| 19. ▓▓▓▓ Trust #1 | D | Dividend | O | T | | | | | |
| 20. - Reserve Fund Primary Portfolio | | | | | Closed | 01/21/10 | | | |
| 21. - Third Avenue Small Cap Value Fund | | | | | | | | | |
| 22. - Third Avenue Real Estate Value Fund | | | | | | | | | |
| 23. - Third Avenue Intl Value Fund | | | | | | | | | |
| 24. - Third Avenue Value Fund Inc | | | | | | | | | |
| 25. - JP Morgan TR II Money Market Fund | | | | | | | | | |
| 26. ▓▓▓▓ Trust #2 | C | Dividend | M | T | | | | | |
| 27. - Vanguard Federal Money Market Fund | | | | | Buy (add'l) | 05/14/10 | J | | |
| 28. - Vanguard Emerging Markets Stock Index Investor Shares | | | | | Merged (with line 31) | 10/28/10 | L | | |
| 29. - Vanguard Mid-Cap Index Fund Investor Shares | | | | | Merged (with line 32) | 10/28/10 | L | | |
| 30. - Vanguard Total International Stock Index Fund | | | | | | | | | |
| 31. - Vanguard Emerging Markets Stock Index Admiral Shares | | | | | Buy | 10/28/10 | L | | |
| 32. - Vanguard Mid-Cap Index Fund Admiral Shares | | | | | Buy | 10/28/10 | L | | |
| 33. IRA #3 | E | Dividend | P1 | T | | | | | |
| 34. - Vanguard Total International Stock Index Fund | | | | | Merged (with line 46) | 03/17/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Vanguard Wellington Fund Admiral Shares | | | | | Distributed (part) | 01/04/10 | J | | |
| 36. | | | | | Merged (with line 46) | 03/17/10 | N | | |
| 37.   - Vanguard Equity Income Fund Admiral Shares | | | | | Merged (with line 45) | 03/17/10 | N | | |
| 38.   - Vanguard Asset Allocation Fund Admiral Shares | | | | | Distributed (part) | 01/04/10 | J | | |
| 39. | | | | | Merged (with line 45) | 03/17/10 | N | | |
| 40.   - Vanguard Mid-Cap Index fund Admiral Shares | | | | | Distributed (part) | 01/04/10 | J | | |
| 41. | | | | | Merged (with line 45) | 03/17/10 | M | | |
| 42. | | | | | Merged (with line 46) | 03/17/10 | M | | |
| 43.   - Vanguard Prime Money Market Fund | | | | | Distributed (part) | 03/09/10 | K | | |
| 44. | | | | | Merged (with line 46) | 03/17/10 | M | | |
| 45.   - Vanguard Total Bond Market Index Fund Admiral Shares | | | | | Buy | 03/17/10 | O | | |
| 46.   - Vanguard Total Stock Market Index Fund Admiral Shares | | | | | Buy | 03/17/10 | O | | |
| 47.   Education Account #1 | None | | L | T | | | | | |
| 48.   - NH Portfolio 2018 (Index) | | | | | Buy | 04/01/10 | K | | |
| 49.   - NH Portfolio 2018 | | | | | Buy | 04/01/10 | K | | |
| 50.   Education Account #2 | None | | L | T | | | | | |
| 51.   - NH College Portfolio (Index) | | | | | Buy | 04/01/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - NH College Portfolio | | | | | Buy | 04/01/10 | K | | |
| 53. Education Account #3 | | None | L | T | | | | | |
| 54. - NH College Portfolio (Index) | | | | | Buy | 04/01/10 | K | | |
| 55. - NH College Portfolio | | | | | Buy | 04/01/10 | K | | |
| 56. Education Account #4 | | None | L | T | | | | | |
| 57. - NH Portfolio 2012 (Index) | | | | | Buy | 04/01/10 | K | | |
| 58. - NH Portfolio 2012 | | | | | Buy | 04/01/10 | K | | |
| 59. Education Account #5 | | None | L | T | | | | | |
| 60. - NH Portfolio 2015 (Index) | | | | | Buy | 04/01/10 | K | | |
| 61. - NH Portfolio 2015 | | | | | Buy | 04/01/10 | K | | |
| 62. Education Account #6 | | None | L | T | | | | | |
| 63. - NH Portfolio 2024 (Index) | | | | | Buy | 04/01/10 | K | | |
| 64. - NH Portfolio 2024 | | | | | Buy | 04/01/10 | K | | |
| 65. Education Account #7 | | None | L | T | | | | | |
| 66. - NH Portfolio 2024 (Index) | | | | | Buy | 04/01/10 | K | | |
| 67. - NH Portfolio 2024 | | | | | Buy | 04/01/10 | K | | |
| 68. Education Account #8 | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - NH Portfolio 2021 (Index) | | | | | Buy | 04/01/10 | K | | |
| 70.  - NH Portfolio 2021 | | | | | Buy | 04/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Asset reported in Part VII, page 4, line 17, for "TIAA Retirement," is retirement funds for which I have no control of its investments and am not provided with any information on the earnings from this account. I am only provided with an account value which is reported in Part VII,

2) Asset listed in Part VII, page 5, line 28 was converted to admiral shares and is reported on line 31.

3) Asset listed in Part VII, page 5, line 29 was converted to admiral shares and is reported on line 32.

4) Asset listed in Part VII, page 5, line 34 was partially exchanged for asset reported on line 46.

5) Asset listed in Part VII, page 6, line 25 was exchanged for asset reported on line 46.

6) Asset listed in Part VII, page 6, line 37 was exchanged for asset reported on line 45.

7) Asset listed in Part VII, page 6, line 38 was exchanged for asset reported on line 45

8) Asset listed in Part VII, page 6, line 40 was partially exchanged for asset reported on line 45 and partially exchanged for asset reported on line 46.

9) Asset listed in Part VII, page 6, line 43 was exchanged for asset reported on line 46.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anita B. Brody**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544